In the Matter of the Claim of MARGARET PECK, Appellant, against DUGAL G. CAMPBELL, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant has appealed from a decision of the State Industrial Board disallowing her claim and the claim of her four minor children for death benefits on account of the death of her husband, Carroll S. Peck. The State Industrial Board found that there was no accidental injury within the meaning of the Workmen's Compensation Law. The evidence shows that on January 19, 1935, the deceased was working in a small confined furnace pit where it was very warm; that he was directed to go into the street and repair a sign; that the temperature in the street was fifteen or twenty degrees below zero. The claimant contended that while working outside the deceased became chilled, caught cold and developed pneumonia. The State Industrial Board found that pneumonia was not due to an accidental injury but was the result of a disease not occupational in character. There is evidence to sustain that finding. Decision unanimously affirmed, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of THE TITLE AND MORTGAGE GUARANTY COMPANY OF SULLIVAN COUNTY, NEW YORK, Respondent, v. HARRIET M. KYLE and ARTHUR C. KYLE, Appellants, and THORNTON S. NORRIS, as Surviving Executor, etc., of STODDARD P. NORRIS, Deceased, Defendant.— Appeal by the defendants Harriet M. Kyle and Arthur C. Kyle from a judgment of the Supreme Court reforming a mortgage and as reformed granting a judgment of foreclosure and sale. The reformation of the mortgage to correct an erroneous description was properly decreed under the evidence and none of the defenses or counterclaims asserted by the defendants are supported by the evidence. The evidence sustains the judgment appealed from. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLINTON DUKE, Relator, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, and the NEW YORK STATE BOARD OF PAROLE, Comprising JOSEPH W. MOORE and Others, Respondents.— Appeal from an order dismissing a writ of habeas corpus and remanding the prisoner. The relator is confined at Great Meadow Prison under a sentence, the minimum of which was ten years, and the maximum life, upon conviction of robbery in the first degree. On July 20, 1936, the Governor reduced the minimum of relator's sentence so that it would expire on August 19, 1936, " in order that he may apply to the Board of Parole for State Prisons for parole." The relator was brought before the Parole Board, his case was considered, and parole was denied. In his brief the relator states that his petition and writ " do not seek a parole but demand that the Warden release him;" that the Board of Parole can have no jurisdiction of his case until after the warden has actually released him and placed him outside of the prison walls. Order dismissing writ and remanding prisoner unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.